UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
DAVID BURLINGAME,                                        :
:
                 Plaintiff,                                :       25-CV-1704 (JMF)
:
      -v-                                                    :       ORDER
:
ARGO PRIVATE CLIENT GROUP, LTD. et al.,       :
:
                  Defendants.                       :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendants' new motions to dismiss, *see* ECF Nos. 43, 45, Defendants' earlier motions to dismiss filed at ECF Nos. 12 and 37 are hereby DENIED as moot. Plaintiff's consolidated opposition to the new motions to dismiss is due by **July 28, 2025**. Defendants' replies, if any, are due by **August 4, 2025**.

       The Clerk of Court is directed to terminate ECF Nos. 12 and 37.

       SO ORDERED.

Dated: July 15, 2025
       New York, New York
                                                                   JESSE M. FURMAN
                                                          United States District Judge