**SO ORDERED.**

The Clerk of Court is directed to terminate ECF No. 55.

*[signature]*

November 14, 2025

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

DAVID BURLINGAME

                     Plaintiff,

   -against-                                 Civ. 1:25-cv--1704 (_____)

                                                 NOTICE OF WITHDRAW OF

ARGO PRIVATE CLIENT GROUP ET AL.    MOTION FOR SANCTIONS

                     Defendant.

Now comes Defendants, by an through counsel, and does hereby issue their notice of withdraw of the Motion for Sanctions filed 11/5/205, Docket No 55, to ensure compliance with Fed R. Civ. P. 11©(2).

Dated:11/13/2025                   Respectfully Submitted,

                                    /s/ Jay F Crook

                                    Jay F Crook #0078499

                                    Jay F Crook Attorney at Law, LLC

                                    Address 37903 Euclid Avenue

                                    Willoughby, OH 44094

                                    Telephone/Fax440-725-6203

                                    Email : jaycrooklaw@outlook.com

CERTIFICATE OF SERVICRE

     A copy of this motion was served on all parties through the function of this Court's electronic filing system with a copy being made available through same.

                                    Respectfully Submitted,

                                      /s/ Jay F Crook

                                      Jay F Crook #0078499